U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 3 1 2017

TONY R. MOORE, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

COLUMBIAN CHEMICALS COMPANY

Plaintiff

VS.

GEAR REDUCER SERVICES, LLC, *et al.*

Defendants

Case No. 6:17-CV-00899-FRD-PJH

Judge   Rebecca F Doherty

Magistrate Judge

## MOTION TO WAIVE REQUIRMENTS FOR LOCAL COUNSEL

In accordance with the Local Rule 83.2.7 for the United States District Court, Western District of Louisiana, outside counsel for Defendants seek a Waiver by Court Order of Requirements of Local Counsel for the purpose of appearing on behalf of GEAR REDUCER SERVICES, LLC, THOMAS FRANK, and VICTOR FRANK. Defendants would incur substantial and unnecessary financial hardship by the joinder of local counsel. In addition, outside counsel for Defendants will fulfill all obligations and duties in this particular litigation. Accordingly, Defendants request that the Waiver of Requirements of Local Counsel be ordered by this Court.

Respectfully submitted,

**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (OH #0042653)
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
(440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
*Attorney for Defendants*

Certificate of Service

I hereby certify that on July 27, 2017, I presented the foregoing Motion to Waive Requirements for Local Counsel to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

David J. Topping
Bradley Murchison Kelly & Shea, LLC
1100 Poydras Street, Suite 2700
New Orleans, Lousiana 70163
asbestos@bradleyfirm.com
*Attorneys for Plaintiff*

Respectfully submitted,

**ROBERT J. FEDOR, ESQ., LLC**
Robert J. Fedor (OH #0042653)
Admitted *Pro Hac Vice*
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
(440) 250-9709
Fax: (440) 250-9714
rjfedor@fedortax.com
*Attorney for Defendants*