UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COLUMBIAN CHEMICALS COMPANY | Case No. 6:17-CV-00899-FRD-PJH |
| Plaintiff | |
| VS. | Judge  Rebecca F Doherty |
| GEAR REDUCER SERVICES, LLC, *et al.* | Magistrate Judge |
| Defendants | |

**ORDER**

IT IS ORDERED that this court waives requirements for local counsel for <u>GEAR REDUCER SERVICES, LLC, THOMAS FRANK, and VICTOR FRANK</u> in the above described action.

SO ORDERED on this, the _____ day of _____, _____.

_____
U.S. Magistrate Judge