*(Rev. 6/12/13)*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

COLUMBIAN CHEMICALS COMPANY          Case No. 6:17-CV-00899-FRD-PJH

          Plaintiff

          VS.                        Judge  Rebecca F Doherty

GEAR REDUCER SERVICES, LLC, *et al.*   Magistrate Judge

          Defendants

## ORDER

IT IS ORDERED that <u>Robert J. Fedor</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>GEAR REDUCER SERVICES LLC, THOMAS FRANK, and</u>

<u>VICTOR FRANK</u> in the above described action.

SO ORDERED on this, the __7th__ day of __August__ , __2017__ .

_____
U.S. Magistrate Judge